# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☒ INFORMATION    ☐ INDICTMENT    ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

## OFFENSE CHARGED

- 18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License;
- 18 U.S.C. § 922(e) – Delivery to Carrier Without Written Notice
- 18 U.S.C. § 1715 – Mailing Nonmailable Firearms
- 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

☐ Petty    ☐ Minor    ☐ Misdemeanor    ☒ Felony

**PENALTY:** See attached.

### DEFENDANT - U.S

KAMAR FERGUSON

**DISTRICT COURT NUMBER:** 4:22-cr-00423-HSG

**FILED** Nov 04 2022 — Mark B. Busby, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

## PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):** FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    ☐ U.S. ATTORNEY    ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.:** 22-mj-70420-MAG

**Name and Office of Person Furnishing Information on this form:** STEPHANIE M. HINDS

☒ U.S. Attorney    ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned):** ANDREW PAULSON

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District) NDCA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction    ☐ Federal    ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:** ☐ SUMMONS    ☒ NO PROCESS*    ☐ WARRANT    **Bail Amount:**

If Summons, complete following: ☐ Arraignment    ☐ Initial Appearance

**Defendant Address:**

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

FILED
Nov 04 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAMAR FERGUSON,<br><br>　　　　Defendant. | CASE NO. 4:22-cr-00423-HSG<br><br>VIOLATION:<br>18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License;<br><br>18 U.S.C. § 922(e) – Delivery to Carrier Without Written Notice<br><br>18 U.S.C. § 1715 – Mailing Nonmailable Firearms<br><br>18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |

# I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:　　　(18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License)

　　Beginning on or about July 1, 2021 and continuing through on or about May 11, 2022, in the Northern District of California and elsewhere, the defendant,

KAMAR FERGUSON,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

INFORMATION

COUNT TWO:       (18 U.S.C. § 922(e) – Delivery to Carrier Without Written Notice)

On or about November 9, 2022, within the Northern District of California and elsewhere, the defendant,

KAMAR FERGUSON,

did knowingly deliver to a common and contract carrier for transportation and shipment in interstate commerce, to persons other than licensed importers, licensed manufacturers, licensed dealers, or licensed collectors, a package or other container in which there were firearms and ammunition, specifically, a Glock 22, .40 caliber pistol bearing serial number VMA626, without written notice to the carrier that such firearms and ammunition were being transported and shipped, in violation of Title 18, United States Code, Sections 922(e) and 924(a)(1)(D).

COUNT THREE:       (18 U.S.C. § 1715 – Mailing Nonmailable Firearms)

On or about November 9, 2022, within the Northern District of California and elsewhere, the defendant,

KAMAR FERGUSON,

did knowingly deposit for mailing and caused to be delivered by mail, firearms declared nonmailable by 18 U.S.C. § 1715, that is: one Glock 22, .40 caliber pistol bearing serial number VMA626, that is capable of being concealed, in violation of 18 U.S.C. § 1715.

FORFEITURE ALLEGATION:       (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses set forth in this Information, the defendant,

KAMAR FERGUSON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

   a.   Three Glock brand upper receivers bearing serial numbers BTDH891, VMA626, and RK7265, that were seized on or about December 10, 2021;

      b. One Glock brand lower receiver bearing serial number VMA626 that was seized on or about December 10, 2021;

      c. Three magazines seized on or about December 10, 2021;

      d. One Glock 32 pistol, bearing serial number BTZM845, that was seized from the defendant on or about March 17, 2022;

      e. One Glock 29 pistol, bearing serial number BWKC526, that was seized from the defendant on or about March 17, 2022;

      f. One Romarm/Cugir Micro Draco, 7.62x39 mm AK-47 style pistol, bearing serial number 22PMD-28498, that was seized from the defendant on or about March 17, 2022;

      g. All ammunition seized from the defendant on or about March 17, 2022, including approximately 28 rounds of .40 caliber ammunition, 80 rounds of 9mm ammunition, 1 LC 2.1 rifle cartridge, and 15 FN 5.7x28mm ammunition;

      h. 36 magazines seized from the defendant on or about March 17, 2022; and

      i. 2 magazines seized from the defendant's residence on or about May 11, 2022.

If any of the property described above, as a result of any act or omission of the defendant:

      a. cannot be located upon exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//
//
//

INFORMATION                                               3

1  All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: November 4, 2022

STEPHANIE M. HINDS
United States Attorney

*/s/ Andrew Paulson*
ANDREW PAULSON
Assistant United States Attorney

INFORMATION                             4

**Maximum Penalties**

**Count One**: 18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License
- 5 years' imprisonment
- 3 years' supervised release
- $250,000 fine
- $100 special assessment
- Forfeiture

**Count Two**: 18 U.S.C. § 922(e) – Delivery to Carrier Without Written Notice
- 5 years' imprisonment
- 3 years' supervised release
- $250,000 fine
- $100 special assessment
- Forfeiture

**Count Three**: 18 U.S.C. § 1715 – Mailing Nonmailable Firearms
- 2 years' imprisonment
- $250,000 fine
- 1 year supervised release
- $100 special assessment
- Forfeiture